PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NOREEN L. BROOKS, ) | |
| ) | CASE NO. 5:12CV00636 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | **ORDER** |

In the above-captioned case, an Administrative Law Judge ("ALJ") denied Plaintiff Noreen Brooks' applications for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") after a hearing. That decision became the final determination of Defendant Commissioner of Social Security Administration when the Appeals Council denied Plaintiff's request to review the ALJ's decision. Plaintiff subsequently sought judicial review of Defendant's decision, and this Court referred the case to Magistrate Judge Kathleen Burke for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636. The magistrate judge recommended that Defendant's decision should be reversed and remanded because the ALJ failed to assign any weight to the opinion of Plaintiff's treating physician and failed to provide good reasons for discounting that opinion. ECF No. 20 at 1.

28 U.S.C. § 636 provides that a party may serve and file specific written objections within fourteen days after being served with the recommendations of the magistrate judge. The statute does not require a district judge to review a magistrate judge's report to which no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149, 106 S. Ct. 466, 88 L. Ed. 2d (1986). On

(5:12CV00636)

January 18, 2013, Defendant filed a notice informing the Court that he will not object to the Report and Recommendation.  ECF No. 21.  Plaintiff also has not filed any objections, evidencing satisfaction with the magistrate judge's recommendations.  Any further review by this Court would be a duplicative and inefficient use of the Court's resources.  *See* *Howard v. Secretary of Health & Human Services*, 932 F.2d 505, 509 (6th Cir. 1991).

      Accordingly, the Court adopts the Report and Recommendation.  Defendant's final decision denying Plaintiff's SSI and DIB applications is reversed and remanded consistent with the Report and Recommendation.

      IT IS SO ORDERED.

 January 18, 2013           */s/ Benita Y. Pearson*
Date          Benita Y. Pearson
         United States District Judge